IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

BOARD OF TRUSTEES, SHEET METAL )
WORKERS' NATIONAL PENSION )
FUND, et al., )
)
        Plaintiffs, )
) Case No. 1:14-cv-588 (GBL/TCB)
v. )
)
)
FOUR SEASONS HEATING, AIR )
CONDITIONING & REFRIGERATION, )
INC., )
)
        Defendants. )

## MEMORANDUM ORDER

Upon consideration of the September 29, 2014 Report and Recommendation of United States Magistrate Judge Theresa Carroll Buchanan (Doc. 12), who was designated to review Plaintiffs' Motion for Default Judgment and evidence filed by Plaintiff on the amount of damages and attorneys fees to award Plaintiff (Doc. 8), no objection having been filed within fourteen (14) days, and upon an independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Buchanan. The final judgment is to follow.

**IT IS SO ORDERED.**

ENTERED this 17th day of November, 2014.

Alexandria, Virginia
11/17/14

                                      /s/
                              Gerald Bruce Lee
                              United States District Judge